Opinion by SHARPE, J.

## Haigler *v.* Jones.

APPEAL from Lowndes Circuit Court.
Tried before the Hon. A. A. EVANS.

WHITTEN & HINSON, for appellant.

No counsel marked as appearing for appellee.

This was an action brought by the appellant, W. L. C. Haigler against J. W. Jones, and sought to recover

damages for the breach of an alleged contract. The defendant pleaded the general issue and upon this plea the case was tried upon an agreed statement of facts, in which the allegations of the complaint were substantially shown to be correct. The court gave the general affirmative charge in favor of the defendant and there was judgment for the defendant from which the present appeal was prosecuted. On this appeal the court holds that the giving of the general affirmative charge was erroneous, since the allegations of the complaint were proven by the agreed statement of facts; it being declared by the court that whether or not the complaint was defective or liable to demurrer is immaterial, since the defendant, without questioning its sufficiency by demurrer, took issue on it, and the plaintiff proving its allegations, he was entitled to recover.—*Irion v. Lewis*, 56 Ala. 190; *Ga. Pac. R. Co. v. Propst*, 90 Ala. 100.

Reversed and remanded.

Opinion by HARALSON, J.